UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MANUEL ROMERO GALLARDO,

Petitioner,

v. Action No. 2:25cv632

J. BIENEMY, Warden,

Respondent.

**FINAL ORDER**

On October 2, 2025, while incarcerated at FCC Petersburg, Manuel Romero Gallardo ("Mr. Gallardo"), submitted a *pro se* petition pursuant to 28 U.S.C. § 2241 challenging the Bureau of Prisons' failure to apply First Step Act credits to his sentence due to an outstanding immigration detainer and final order of removal. ECF No. 1. This matter was referred to the United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation.

The Magistrate Judge's Report and Recommendation filed June 15, 2026, recommends that respondent's motion for summary judgment, ECF No. 5, be granted and the petition for a writ of habeas corpus, ECF No. 1, be denied and dismissed with prejudice because Mr. Gallardo was not entitled to have First Step Act credits applied to his sentence due to his immigration status. ECF No. 10. Mr. Gallardo was advised

of his right to file written objections to the findings and recommendations made by the Magistrate Judge, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that respondent's motion for summary judgment, ECF No. 5, is **GRANTED** and the petition for a writ of habeas corpus, ECF No. 1, is **DENIED** and **DISMISSED WITH PREJUDICE**.

Mr. Gallardo is **ADVISED** that he may appeal from the judgment entered pursuant to this Final Order by filing **a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia, 23510, within sixty (60) days from the date of entry of such judgment.**

The Clerk shall mail a copy of this final order to Gallardo and counsel of record for respondent.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
Senior United States District Judge

Norfolk, Virginia
August 27, 2026